IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC DESMOND RUSSELL                                                      PLAINTIFF

v.                             Case No. 4:22-cv-04020

NURSE S. KING                                                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on August 29, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Plaintiff's Motion for Immediate Injunction (ECF No. 11) be denied. ECF No. 19. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Plaintiff's Motion for Immediate Injunction (ECF No. 11) is hereby **DENIED**.

**IT IS SO ORDERED**, this 22nd day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge