IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC DESMOND RUSSELL                                                                          PLAINTIFF

v.                                              Case No. 4:22-cv-04020

NURSE S. KING                                                                                 DEFENDANT

## ORDER

      Before the Court is the Report and Recommendation filed on April 21, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 41. Judge Bryant recommends that Defendant Nurse S. King's motion for summary judgment (ECF No. 26) be granted and Plaintiff Eric Desmond Russell's amended complaint (ECF No. 6) be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 41) *in toto*. Defendant's motion for summary judgment (ECF No. 26) is hereby **GRANTED**, and Plaintiff's amended complaint (ECF No. 6) is hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 15th day of May, 2023.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge